**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000124
11-OCT-2021
08:04 AM
Dkt. 67 ORD**

NO. CAAP-18-0000124

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ASSOCIATION OF APARTMENT OWNERS OF WAIAU GARDEN VILLA,
Plaintiff-Appellee,
v.
NOREEN C. LATORRE-HOLT, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC131000537)

ORDER
(By: Hiraoka, J., for the court[1])

Upon consideration of the "Motion to Amend Summary Disposition Order" filed October 5, 2021, by attorney Frederick J. Arensmeyer,

IT IS HEREBY ORDERED that the motion is granted, and the Summary Disposition Order in CAAP-18-0000124, entered on October 5, 2021, is hereby corrected as follows:

At page 8, the name Keith M. Kiuchi for Defendant-Appellant is changed to Gary Victor Dubin and Frederick J. Arensmeyer so that "On the briefs:" reads as follows:

---

[1] Ginoza, Chief Judge, Hiraoka and Wadsworth, JJ.

On the briefs:

Arlette S. Harada,
Tiffany N. Dare,
for Plaintiff-Appellee.

Gary Victor Dubin,
Frederick J. Arensmeyer,
for Defendant-Appellant.


The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, October 11, 2021.

FOR THE COURT:

/s/ Keith K. Hiraoka
Associate Judge